[No. 24525-6-II. Division Two. July 7, 2000.]

ROBERT LANCE, ET AL., *Respondents*, v. MARK MOREAU, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-05533-1, Thomas P. Larkin, J., entered March 18, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 24422-5-II. Division Two. July 7, 2000.]

JIMMIE D. CHAMBERS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 98-1-00025-8, Joel M. Penoyar, J., entered March 1, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 24541-8-II. Division Two. July 7, 2000.]

THE STATE OF WASHINGTON, *on the relation of* NATHAN DANIEL COUGHLIN, *Respondent*, v. DWAYNE JENKINS, *Appellant*, PATRICIA CAROLE COUGHLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-5-00557-6, Thomas P. Larkin J., entered February 26, 1999. *Affirmed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Morgan and Houghton, JJ. Now published at 102 Wn. App. 60.